USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BABY-CAKES STUDIO LLC,

                            Plaintiff,                            20-CV-8779 (ALC) (KHP)

        -against-                          ORDER SCHEDULING SETTLEMENT
                                                                CONFERENCE

LINETTA ROBINSON,

                            Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic settlement conference in this matter is scheduled for **Tuesday, March 30, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **March 23, 2021 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
                 January 27, 2021

                                                         _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge