USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BABY-CAKES STUDIO LLC,

                           Plaintiff,

         -against-

LINETTA ROBINSON,

                           Defendant.

-----------------------------------------------------------------X

20-CV-8779 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The case management conference scheduled for today, July 12, 2021 at 3:00 p.m., is hereby adjourned to tomorrow, **July 13, 2021 at 12:00 p.m.** Counsel are directed to call the court's telephone conference line at the scheduled time. **Please dial (866) 434-5269, Access Code: 4858267.**

       **SO ORDERED.**

DATED:     New York, New York
               July 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge